Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of Florida
(State)

Case number (if known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: RedCon1, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   8 1 - 2 8 0 2 5 8 6
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 701 Park Commerce Blvd. | |
   | Number  Street | Number  Street |
   | Suite 101 | |
   | | P.O. Box |
   | Boca Raton    FL    33487 | |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | Location of principal assets, if different from principal place of business |
   | Palm Beach | |
   | County | Number  Street |
   | | |
   | | City    State    ZIP Code |

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor  RedCon1, LLC
        Name

Case number (if known)_____

### 6. Debtor's website (URL)
https://cs.redcon1.com/

### 7. Type of debtor
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify: _____

### 8. Type of debtor's business

Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the types of business listed.
☐ Unknown type of business.

### 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

☒ No
☐ Yes. Debtor _____ Relationship _____
       District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY

       Debtor _____ Relationship _____
       District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY

## Part 3: Report About the Case

### 10. Venue

Check one:

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

### 11. Allegations

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

### 12. Has there been a transfer of any claim against the debtor by or to any petitioner?

☒ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor    RedCon1, LLC
          Name                                                                          Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Hi-Tech Pharmaceuticals, Inc. | Beach of Contract/Goods Sold | $6,419,918.82 |
| Hi-Tech Nutraceuticals, Inc. | Breach of Contract/Goods Sold | $108,581.75 |
| Print Partners, LLC | Breach of Contract/Goods Sold | $308,927.45 |
|  | Total of petitioners' claims | $6,837,428.02 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Hi-Tech Pharmaceuticals, Inc.
Name
6015-B Unity Drive
Number  Street
Norcross                GA      30071
City                    State   ZIP Code

Name and mailing address of petitioner's representative, if any

**Attorneys**

Luis E. Rivera II
Printed name
GrayRobinson, P.A.
Firm name, if any
1404 Dean Street, Suite 300
Number  Street
Fort Myers              FL      33901
City                    State   ZIP Code

Contact phone 239.254.8460    Email luis.rivera@gray-robinson.com

Bar number 0013913

State FL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/13/2022

X _____ President
Signature of petitioner or representative, including representative's title

X _[signature]_
Signature of attorney

Date signed 10/13/2022

Official Form 205         Involuntary Petition Against a Non-Individual         page 3

Debtor: **RedCon1, LLC**
Name

Case number (if known): _____

---

**Name and mailing address of petitioner**

Hi-Tech Nutraceuticals, LLC
Name

5135 Old Highway 322
Number   Street

Reedsville | PA | 17084
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/13/2022
          MM / DD / YYYY

x _____ /s/ _____ President
Signature of petitioner or representative, including representative's title

Luis E. Rivera II
Printed name

GrayRobinson, P.A.
Firm name, if any

1404 Dean Street, Suite 300
Number   Street

Fort Myers | FL | 33901
City | State | ZIP Code

Contact phone 239.254.8460   Email luis.rivera@gray-robinson.com

Bar number 0013913

State FL

x _____ /s/ Luis E. Rivera II _____
Signature of attorney

Date signed 10/13/2022
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Print Partners, LLC
Name

3605 Haddon Hall Rd NW
Number   Street

Atlanta | GA | 30327
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/13/2022
          MM / DD / YYYY

x _____ /s/ Angela _____
Signature of petitioner or representative, including representative's title

Luis E. Rivera II
Printed name

GrayRobinson, P.A.
Firm name, if any

1404 Dean Street, Suite 300
Number   Street

Fort Myers | FL | 33901
City | State | ZIP Code

Contact phone 239.254.8460   Email luis.rivera@gray-robinson.com

Bar number 0013913

State FL

x _____ /s/ Luis E. Rivera II _____
Signature of attorney

Date signed 10/13/2022
            MM / DD / YYYY